ELIZA RELYEA, Respondent, *v.* GEORGE A. NORRIS, Appellant.

(Argued June 3, 1879 ; decided June 17, 1879.)

*A. Schoonmaker, Jr.,* for appellant.

*S. G. Young* for respondent.

AGREE to affirm on opinion of court below
All concur, except RAPALLO, J., absent.
Judgment confirmed.